# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

IN RE:  FIRST JUDICIAL DISTRICT OF
PENNSYLVANIA

: No. 21 EM 2020
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 23rd day of August, 2021, the Amended Request Pursuant to Pa.R.J.A. 1952(B)(2)(m), which seeks permission for the President Judge of the Court of Common Pleas of Philadelphia County to suspend temporarily certain procedural rules, is GRANTED, IN PART.

The President Judge of the Court of Common Pleas of Philadelphia County is authorized to suspend Rule of Criminal Procedure 600, as well as state or local rules that restrict the use of advanced communication technology (ACT) in court proceedings, subject to state and federal constitutional limitations, through October 1, 2021.

Judges shall be present in the courthouse, judicial center, or other court facility whenever a proceeding is being conducted by ACT, except for extraordinary circumstances, such as when court properties have been closed due to inclement weather or other emergency under Pa.R.J.A. Nos. 1950-1954, or when a proceeding is not being conducted during normal business hours.

In all other respects, the Amended Request Pursuant to Pa.R.J.A. 1952(B)(2)(m) is DENIED.